IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| KENNETH BOYD and GLORISTEEN BOYD,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>Defendant. | CASE NO:<br>7:24-cv-116–WLS |

## ORDER

On November 14, 2024, Defendant State Farm Fire & Casualty Company ("State Farm") removed the above-styled action from the Superior Court of Lowndes County, Georgia, to this Court. The complaint filed on behalf of Plaintiffs reflects that Andrew Steadman, of the firm of Weisser Elazar & Kantor, PLLC, 800 East Broward Blvd., Suite 510, Fort Lauderdale, Florida, is counsel for Plaintiffs. (*See* Doc. 1-2 at 6) Also on November 14, 2024, the Clerk of this Court issued a notice to Mr. Steadman that he does not meet the Court's required attorney admission policy. (*See* November 14, 2024 Docket text entry) The Clerk's notice required Mr. Steadman to meet all of the required attorney admissions policies of this Court within fourteen days of the notice, including the payment of Pro Hac Vice or admissions fees. When Mr. Steadman failed to comply with the Clerk's notice, a second notice was issued to Mr. Steadman on December 3, 2024. To date, Mr. Steadman has not complied with the Clerk's notice.

Accordingly, it is hereby **ORDERED** that Andrew Steadman shall comply with the admission Rules of this Court **instanter**, but not later than **Monday, December 9, 2024**.

**SO ORDERED**, this 4th day of December 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**

1