# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

|  |  |
|---|---|
| KENNETH BOYD and GLORISTEEN BOYD,   :<br>    :<br>   Plaintiffs,   :<br>   v.   :<br>STATE FARM FIRE AND CASUALTY COMPANY,   :<br>    :<br>   Defendant.   : | **CASE NO:**<br>**7:24-cv-116–WLS** |

## ORDER

A discovery conference was held in the above-styled action on Tuesday, February 18, 2025. The Order (Doc. 17) scheduling the conference emphasized that in-person attendance at the conference was required. (Doc. 5 at 3). Defendant's counsel, Matthew Alfred Day, appeared at the conference. However, Plaintiff's counsel, Andrew Steadman, failed to appear at the conference. Mr. Steadman was ordered to advise the Court in writing of the reason why he failed to comply with the Court's Order to attend the discovery conference in person and why no sanctions should be imposed against him. Mr. Steadman filed a response (Doc. 18) explaining his absence which the Court has reviewed and accepts.

Accordingly, the Court finds that no sanction or further action is appropriate or required with respect to this matter.

In accepting such explanation, however, the Court observes that notice of the February 18, 2025 conference was also available by reviewing the Court's Order (Doc. 14) denying stay entered January 21, 2025—subsequent to counsel's notice of appearance—which Order specifically noted the in-person initial discovery conference scheduled for February 18, 2025. In addition, the Parties' joint proposed scheduling and discovery order that was emailed to the Court on February 11, 2025, specifically referenced the Court's Rule 16 and 26 Order entered November 19, 2024. Presumably counsel would have reviewed such Order in preparing and/or reviewing the joint proposed order for submission to the Court. The Court

reminds Mr. Steadman of his responsibility to carefully review the case docket, including filings that preceded his date of entry.

**SO ORDERED**, this 28th day of February 2025.

                                                **/s/W. Louis Sands**
                                                **W. LOUIS SANDS, SR. JUDGE**
                                                **UNITED STATES DISTRICT COURT**