IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| KENNETH BOYD and GLORISTEEN BOYD,<br><br>　　　Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>　　　Defendant. | :<br>:<br>:<br>:<br>:<br>:  CASE NO:<br>:  7:24-cv-116–WLS<br>:<br>:<br>:<br>: |

## ORDER

　　Before the Court is State Farm Fire and Casualty Company's ("State Farm") Motion for Protective Order (Doc. 23) ("Motion"). Therein, State Farm moves the Court to enter its proposed protective order to govern potentially protected discovery materials in the case. However, the proposed order refers to a "Standing Order Regarding Civil Litigation" and compliance with Section N. of that standing Order. (*See* Doc. 23 ¶ 18). The Middle District of Georgia has no such standing Order, and the Court is unwilling to enter a protective order which incorporates by reference procedures from what appear to be another court.

　　Accordingly, the Motion for Protective Order (Doc. 23) is **DENIED, without prejudice**. State Farm may resubmit its Motion with alterations consistent with this Order and the Rules of this Court.

　　Upon resubmission of the Motion and to expedite this matter, the Plaintiff may file a response within seven (7) days of the date such Motion is refiled.

　　**SO ORDERED**, this 25th day of March 2025.

　　　　　　　　　　　　　　　　　　　/s/W. Louis Sands
　　　　　　　　　　　　　　　　　　**W. LOUIS SANDS, SR. JUDGE**
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT**